```
                                              FILED
                                              September 23, 2009
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>v. )<br>)<br>VI TRUONG, )<br>)<br>      Defendant. ) | Case No. 2:09MJ00270-GGH-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __VI TRUONG__ , Case No. __2:09MJ00270-GGH-1__ , Charge __21USC § 846 & 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ☐ Release on Personal Recognizance

    ☑ Bail Posted in the Sum of $ __500,000.00__

        ☐ Unsecured Appearance Bond

        ☐ Appearance Bond with 10% Deposit

        ☐ Appearance Bond with Surety

        ☐ Corporate Surety Bail Bond

        ☑ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 23, 2009__ at __2:37 pm__ .

                            By   /s/ Gregory G. Hollows
                               Gregory G. Hollows
                               United States Magistrate Judge

Copy 5 - Court