**DOUGLAS I. HORNGRAD**
**Attorney at Law**
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**VI TRUONG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RESETTING PROPERTY BOND DOCUMENT CONTROL DATE** |
| VI TRUONG, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for plaintiff, and the below signed counsel for defendant Vi Truong that the control date for the completion of the real property documents securing the bond in Mr. Vi Truong's case be extended from October 15, 2009, to November 5, 2009. The control date was set by the Honorable Judge Hollows.

This reset is respectfully requested because the bond will be secured by several pieces of property and counsel for Mr. Truong requires further time to secure some additional documents to finalize the property bond process. Counsel for Mr. Truong has spoken with Mr. Hitt, who stated that he does not object to this request, is agreeable to the requested new date, and give his verbal authorization for this electronic filing.

//

//

SO STIPULATED

DATED: October 13, 2009    /s/ Douglas Horngrad
DOUGLAS I. HORNGRAD
Counsel for Defendant Vi Truong

DATED: October 13, 2009    /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: October 15, 2009.

U.S. MAGISTRATE JUDGE

- 2 -