1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133-2926
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **VI TRUONG**

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 2:09-cr-00421-GEB

12         Plaintiff,
                                         **STIPULATION AND ORDER**
13     v.                                **RESETTING PROPERTY BOND**
                                         **DOCUMENT CONTROL DATE**
14  VI TRUONG,

15         Defendant.
    _____/
16

17    IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Jason Hitt, counsel for plaintiff, and the below signed counsel for defendant Vi Truong that

19 the control date for the completion of the real property documents securing the bond in Mr.

20 Vi Truong's case be extended from November 5, 2009, to December 8, 2009, at 2:00 p.m..

21 The November 5, 2009, control date was set by Stipulation and Proposed Order signed by

22 the Honorable Judge Mueller on October 15, 2009.

23    The bond in this case will be secured by several pieces of property. Counsel for Mr.

24 Truong has forwarded appraisals, title reports, and deeds of trust to Mr. Hitt. Mr. Hitt is

25 currently in trial and has not yet had the opportunity to finalize his review the property

26 documents. Moreover, once the documents are reviewed and approved they must be

27 recorded in the county recorder's office and then returned to the Court. Therefore, the parties

28 respectfully request further time to finalize the property bond process. Counsel for Mr.

1  Truong has spoken with Mr. Hitt's office and is informed that he does not object to this
2  request, is agreeable to the requested new date, and gives his authorization for this electronic
3  filing.

4     SO STIPULATED

5  DATED: November 2, 2009        /s/ Douglas Horngrad
                                  DOUGLAS I. HORNGRAD
6                                 Counsel for Defendant Vi Truong

7

8  DATED: November 2, 2009        /s/ Jason Hitt
                                  JASON HITT
9                                 Assistant U.S. Attorney
                                  Counsel for Plaintiff
10

11     **IT IS SO ORDERED.**

12 DATED: November 3, 2009.

13

14                                _____
                                  DALE A. DROZD
15                                UNITED STATES MAGISTRATE JUDGE

16

17

18 Ddad1/orders.criminal/truong0421.stipord