DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RAYMUNDO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S 09-421 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING CASE, AND |
| | ) EXCLUDING TIME |
| RAYMUNDO RAMOS, et al., | ) |
| Defendant. | ) |
| | ) Date   January 8, 2010 |
| _____ | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Burrell |


    **IT IS HEREBY STIPULATED** by and between Assistant United States

Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L.

Santos, Counsel for Defendant Raymundo Ramos; Attorney Douglas

Horngrad, Counsel for Vi Truong; Attorney Michael Petrik, Counsel for

Gary Truong, that the status conference scheduled for November 20, 2009

be vacated and the matter be continued to this Court's criminal

calendar on January 8, 2010, at 9:00 a.m. for further status.

    This continuance is requested by the defense in order to permit

counsel to conduct investigation, review discovery, and engage in

negotiations with the prosecution in attempt to reach a plea agreement.

    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1    Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

2    3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

3    ends of justice served in granting the continuance and allowing the

4    defendant further time to prepare outweigh the best interests of the

5    public and the defendant in a speedy trial.

6         The Court is advised that all counsel have conferred about this

7    request, that they have agreed to the January 8, 2010 date, and that

8    all counsel have authorized Ms. Santos to sign this stipulation on

9    their behalf.

10

11

12        **IT IS SO STIPULATED.**

13

14   Dated: November 18, 2009          /S/ Dina L. Santos
                                         DINA L. SANTOS
15                                       Attorney for
                                         Raymundo Ramos
16
     Dated: November 18, 2009          /S/ Douglas Horngrad
17                                       DOUGLAS HORNGRAD
                                         Attorney for
18                                       VI TRUONG

19   Dated: November 18, 2009          /S/ Michael Petrik
                                         MICHAEL PETRIK
20                                       Attorney for
                                         Gary Truong
21

22
     Dated: November 18, 2009          /S/ Jason Hitt
23                                       JASON HITT
                                         Assistant United States Attorney
24                                       Attorney for Plaintiff

25

26

27                        **O R D E R**

28        **IT IS SO ORDERED.**

Stipulation and Order            2

1          By the Court,

2  Dated:  November 23, 2009

3

4  _____
   GARLAND E. BURRELL, JR.

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28