```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GARY TRUONG
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-421 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) |
| | ) Date: March 19, 2010 |
| VI TRUONG, aka Ken Vi Truong, | ) Time: 9:00 a.m. |
| GARY TRUONG, and RAYMOND PABLO | ) Judge: Garland E. Burrell, Jr. |
| RAMOS, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, VI TRUONG, aka Ken Vi Truong, GARY TRUONG, and RAYMOND PABLO RAMOS, through their respective attorneys, that the Court should vacate the status conference scheduled for March 19, 2010, at 9:00 a.m., and reset it for April 9, 2010, at 9:00 a.m.

   Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 9, 2010, when it computes the time within which the trial of the above criminal

1 prosecution must commence for purposes of the Speedy Trial Act.  The
2 parties stipulate that the ends of justice served by granting
3 defendants' request for a continuance outweigh the best interest of the
4 public and the defendants' in a speedy trial, and that this is an
5 appropriate exclusion of time for defense preparation within the
6 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7 Dated: March 16, 2010                    Respectfully submitted,

8                                          DANIEL BRODERICK
                                           Federal Defender
9
                                           /s/ M. Petrik
10                                         _____
11                                         MICHAEL PETRIK, Jr.
                                           Assistant Federal Defender
                                           Attorneys for Defendant
12
13 Dated: March 16, 2010                   /s/ M. Petrik for Douglas Horngrad
                                           DOUGLAS HORNGRAD
                                           Attorney for VI TRUONG
14
15 Dated: March 16, 2010                   /s/ M. Petrik for Dina Santos
                                           DINA SANTOS
                                           Attorney for RAYMUNDO PABLO RAMOS
16

17 Dated: March 16, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney
18
                                           /s/ M. Petrik for Jason Hitt
19                                         _____
                                           JASON HITT
20                                         Assistant U.S. Attorney

21                                         **ORDER**

22    **IT IS SO ORDERED.**  The Court orders time excluded from the date of
23 this order through the status conference on April 9, 2010, pursuant to
24 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

25 Dated:  March 18, 2010

26
27                                         _____
                                           GARLAND E. BURRELL, JR.
28                                         United States District Judge

Stipulation and Order                -2-                        No. 2:09-421 GEB