1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 2:09-cr-00421 GEB

12            Plaintiff,               **STIPULATION AND [PROPOSED]**
                                       **ORDER RESCHEDULING PARTIES'**
13     v.                              **APPEARANCE AND EXCLUDING**
                                       **TIME UNDER SPEEDY TRIAL ACT**
14 VI TRUONG and GARY TRUONG,

15            Defendants.
   _____/
16

17        THE IS RESPECTFULLY REQUESTED, by defendants Vi Truong and Gary

18 Truong, and plaintiff United States of America, through their respective counsel, that the

19 Court vacate the status conference date scheduled for September 3, 2010, at 9:00 a.m., and

20 reset it for October 15, 2010, at 9:00 a.m.  Counsel require further time to continue ongoing

21 negotiations in an effort to resolve this matter, and in lieu thereof, for further preparation.

22        THE PARTIES STIPULATE that time should be excluded from September 3, 2010,

23 through October 15, 2010, when the Court computes the time within which the trial of the

24 above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

25 parties stipulate that the ends of justice served by granting defendants' request for a

26 continuance outweigh the best interest of the public and the defendants in a speedy trial, and

27 that this is an appropriate exclusion of time for defense preparation within the meaning of

28 //

1    18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

2

3                    **IT IS SO STIPULATED**

4    Dated: September 2, 2010            /s/ Douglas Horngrad
                                         DOUGLAS HORNGRAD
5                                        Attorney for Defendant
                                         VI TRUONG
6

7    Dated: September 2, 2010            /s/ with consent
                                         MICHAEL PETRICK, Jr.
8                                        Attorney for Defendant
                                         GARY TRUONG
9

10   Dated: September 2, 2010            /s/ with consent
                                         JASON HITT
11                                       Assistant United States Attorney

12

13                          <u>**ORDER**</u>

14       **IT IS SO ORDERED.**  The Court orders that time is excluded from September 3,

15   2010, through October 15, 2010, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local

16   Code T4).

17   Dated:  September 2, 2010

18

19                                       _____
                                         GARLAND E. BURRELL, JR.
20                                       United States District Judge

21

22

23

24

25

26

27

28