1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 2:09-cr-00421 GEB

12       Plaintiff,                    **STIPULATION AND [PROPOSED]
                                       ORDER RESCHEDULING PARTIES'**
13       v.                            **APPEARANCE AND EXCLUDING
                                       TIME UNDER SPEEDY TRIAL ACT**
14 VI TRUONG and GARY TRUONG

15       Defendants.
   _____/
16

17       IT IS RESPECTFULLY REQUESTED, by defendants Vi Truong and Gary Truong,

18 and plaintiff United States of America, through their respective counsel, that the Court vacate

19 the status conference date scheduled for October 15, 2010, at 9:00 a.m., and reset it for

20 December 10, 2010, at 9:00 a.m.  Counsel require further time to continue ongoing

21 negotiations in an effort to resolve this matter, and in lieu thereof, for further preparation.

22 The request is also occasioned by the trial schedules of counsel for the government and Mr.

23 Vi Truong.  Counsel for the government is in trial and expects to be in trial through the

24 Thanksgiving holiday.  Counsel for Mr. Vi Truong is currently in trial and the trial is

25 expected to last until December 3, 2010.

26       THE PARTIES STIPULATE that time should be excluded from October 15, 2010,

27 through December 10, 2010, when the Court computes the time within which the trial of the

28 above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED**

Dated: October 13, 2010          /s/ Douglas Horngrad
                                 DOUGLAS HORNGRAD
                                 Attorney for Defendant
                                 VI TRUONG

Dated: October 13, 2010          /s/ with consent
                                 MICHAEL PETRICK, Jr.
                                 Attorney for Defendant
                                 GARY TRUONG

Dated: October 13, 2010          /s/ with consent
                                 JASON HITT
                                 Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from October 15, 2010, through December 10, 2010, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated: October 13, 2010

GARLAND E. BURRELL, JR.
United States District Judge