DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY TRUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-421 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) | |
| | ) | Date:  December 10, 2010 |
| VI TRUONG, aka Ken Vi Truong, | ) | Time:  9:00 a.m. |
| GARY TRUONG, and RAYMOND PABLO | ) | Judge: Garland E. Burrell, Jr. |
| RAMOS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, VI TRUONG, aka Ken Vi Truong, GARY TRUONG, and RAYMOND PABLO RAMOS, through their respective attorneys, that the Court should vacate the status conference scheduled for December 10, 2010, at 9:00 a.m., and reset it for February 18, 2011, at 9:00 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 18,

2011, when it computes the time within which the trial of the above
criminal prosecution must commence for purposes of the Speedy Trial
Act.  The parties stipulate that the ends of justice served by granting
defendants' request for a continuance outweigh the best interest of the
public and the defendants' in a speedy trial, and that this is an
appropriate exclusion of time for defense preparation within the
meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: December 7, 2010                 Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: December 7, 2010                 /s/ M. Petrik for Douglas Horngrad
                                        DOUGLAS HORNGRAD
                                        Attorney for VI TRUONG


Dated: December 7, 2010                 BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ M. Petrik for Jason Hitt
                        _____
                                        JASON HITT
                                        Assistant U.S. Attorney


                                **ORDER**

    **IT IS SO ORDERED.**  The Court orders time excluded from the date of
this order through the status conference on February 18, 2011, pursuant
to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  December 8, 2010


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge