1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   GARY TRUONG
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,       )  Case No. 2:09-cr-421 GEB
                                   )
12              Plaintiff,         )
                                   )  **STIPULATION AND [PROPOSED] ORDER**
13      v.                         )
                                   )  Date:  April 15, 2010
14 VI TRUONG, aka Ken Vi Truong,   )  Time:  9:00 a.m.
   GARY TRUONG, and RAYMOND PABLO  )  Judge: Garland E. Burrell, Jr.
15 RAMOS,                          )
                                   )
16              Defendants.        )
                                   )
17 _____ )

18      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

19 States of America, and defendants, VI TRUONG, aka Ken Vi Truong, and

20 GARY TRUONG, through their respective attorneys, that the Court should

21 vacate the status conference scheduled for April 15, 2011, at 9:00

22 a.m., and reset it for May 6, 2011, at 9:00 a.m.

23      Counsel for defendants require further time to review discovery

24 and to negotiate with the government in an effort to resolve this

25 matter.

26      It is further stipulated by the parties that the Court should

27 exclude the period from the date of this order through May 6, 2011,

28 when it computes the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting
3  defendants' request for a continuance outweigh the best interest of the
4  public and the defendants' in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: April 8, 2011           Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

13 Dated: April 8, 2011           /s/ M. Petrik for Douglas Horngrad
                                  DOUGLAS HORNGRAD
                                  Attorney for VI TRUONG

   Dated: April 8, 2011           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for Jason Hitt
                                  _____
                                  JASON HITT
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on May 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  April 12, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge