```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      ) Case No. 09-421 GEB
                                   )
11              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) TO CONTINUE STATUS CONFERENCE TO
12       v.                        ) JUNE 3, 2011, AT 9:00 A.M.
                                   )
13  VI TRUONG, aka Ken Vi Truong;  ) Date: May 6, 2011
                                   ) Time: 9:00 a.m.
14  GARY TRUONG,                   ) Judge: Garland E. Burrell, Jr.
                                   )
15              Defendants.        )
                                   )
16  _____)
```

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for May 6, 2011, at 9:00 a.m., and reset it for June 3, 2011, at 9:00 a.m.

Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through June 3, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 5, 2011   Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys GARY TRUONG

/s/ M.Petrik for Douglas Horngrad
Dated: May 5, 2011   _____
DOUGLAS HORNGRAD
Attorney for VI TRUONG

Dated: May 5, 2011   BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 10, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2