1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No. 2:09-cr-00421 GEB

12           Plaintiff,                 **STIPULATION AND [PROPOSED]
                                        ORDER ADDING CONDITION OF
13      v.                              RELEASE**

14  VI TRUONG,

15           Defendant.
    _____/
16

17      PURSUANT TO the recommendation and request of Pretrial Services,

18      IT IS HEREBY STIPULATED, and respectfully requested, by Douglas Horngrad,

19  counsel for defendant Vi Truong, and Jason Hitt, counsel for plaintiff United States of

20  America, that the conditions of Mr. Vi Truong's release be modified to include the

21  requirement that Vi Truong participate in a program of medical or psychiatric treatment,

22  including treatment for drug or alcohol dependency, as approved by the pretrial services

23  //

24  //

25  //

26  //

27  //

28  //

officer.

**IT IS SO STIPULATED**

Dated: June 3, 2011                 /s/ Douglas Horngrad
                                    DOUGLAS HORNGRAD
                                    Attorney for Defendant
                                    VI TRUONG


Dated: June 3, 2011                 /s/ with consent
                                    JASON HITT
                                    Assistant United States Attorney


**IT IS SO ORDERED.**

Dated:  June 8, 2011

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge