DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
VI TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING PARTIES' APPEARANCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| VI TRUONG and GARY TRUONG | |
| Defendants. | |
| _____/ | |

IT IS RESPECTFULLY REQUESTED, by defendants Vi Truong and Gary Truong, and plaintiff United States of America, through their respective counsel, that the Court vacate the status conference date scheduled for July 22, 2011, at 9:00 a.m., and reset it for September 16, 2011, at 9:00 a.m.

Counsel require further time to continue ongoing negotiations in an effort to resolve this matter. Additionally, counsel for Mr. Vi Truong requests this rescheduling due to Mr. Truong's recent injury, impaired mobility, and need to recuperate. Mr. Truong recently suffered a broken right femur, requiring surgical insertion of a metal rod into his leg. Mr. Truong is essentially limited to staying in his residence in the near term, and is expected to be reliant on a wheelchair for mobility for an extended period of time. Pretrial Services has confirmed Mr. Truong's medical condition.

THE PARTIES STIPULATE that time should be excluded from July 22, 2011,

through September 16, 2011, when the Court computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED**

Dated: July 19, 2011        /s/ Douglas Horngrad
                            DOUGLAS HORNGRAD
                            Attorney for Defendant
                            VI TRUONG

Dated: July 19, 2011        /s/ with consent
                            MICHAEL PETRICK, Jr.
                            Attorney for Defendant
                            GARY TRUONG

Dated: July 19, 2011        /s/ with consent
                            JASON HITT
                            Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from July 22, 2011, through September 16, 2011, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 20, 2011

GARLAND E. BURRELL, JR.
United States District Judge