1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No. 2:09-cr-00421 GEB

12         Plaintiff,                   **STIPULATION AND [PROPOSED]
                                        ORDER MODIFYING CONDITION OF**
13         v.                           **RELEASE**

14 VI TRUONG,

15         Defendant.
   _____/
16

17     IT IS HEREBY STIPULATED, and respectfully requested, by Douglas Horngrad,

18 counsel for defendant Vi Truong, that the conditions of Mr. Vi Truong's release be modified

19 to temporarily suspend Mr. Truong's required participation in drug testing and outpatient

20 drug counseling. This request is made pursuant to the recommendation of Pretrial Services

21 on the grounds that the defendant Vi Truong recently suffered a fractured right femur,

22 requiring surgical insertion of a metal rod into his leg. Mr. Truong is essentially limited to

23 staying in his residence in the near term, and is expected to be reliant on a wheelchair for

24 mobility for an extended period of time. The parties further stipulate that the testing and

25 //

26 //

27 //

28 //

counseling may be reinstated at the direction of Pretrial Services.

**IT IS SO STIPULATED**

Dated: July 19, 2011                   /s/ Douglas Horngrad
                                       DOUGLAS HORNGRAD
                                       Attorney for Defendant
                                       VI TRUONG


Dated: July 19, 2011                   /s/ with consent
                                       JASON HITT
                                       Assistant United States Attorney


**IT IS SO ORDERED.**

Dated: July 20, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -