1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   GARY TRUONG

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Case No. 09-421 GEB
                                   )
11                   Plaintiff,    )  STIPULATION AND [PROPOSED] ORDER
                                   )  TO CONTINUE STATUS CONFERENCE TO
12       v.                        )  OCTOBER 21, 2011, AT 9:00 A.M.
                                   )
13  VI TRUONG, aka Ken Vi Truong;  )  Date:  September 16, 2011
                                   )  Time:   9:00 a.m.
14  GARY TRUONG,                   )  Judge: Garland E. Burrell, Jr.
                                   )
15                   Defendants.   )
                                   )
16  _____)

17       THE PARTIES STIPULATE, through their respective attorneys, that

18  the Court should vacate the status conference scheduled for September

19  16, 2011, at 9:00 a.m., and reset it for October 21, 2011, at 9:00 a.m.

20       Counsel for defendants require further time to review discovery,

21  to confer, and to prepare.

22       The parties further stipulate that the Court should exclude the

23  period from the date of this order through October 21, 2011, when it

24  computes the time within which the trial of the above criminal

25  prosecution must commence for purposes of the Speedy Trial Act.  The

26  parties stipulate that the ends of justice served by granting

27  defendants' request for a continuance outweigh the best interest of the

28                                     1

1  public and the defendants' in a speedy trial, and that this is an

2  appropriate exclusion of time for defense preparation within the

3  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

4  Dated: September 14, 2011               Respectfully submitted,

5                                          DANIEL BRODERICK
                                           Federal Defender
6
                                           /s/ M.Petrik
7
                                           _____
                                           MICHAEL PETRIK, Jr.
8                                          Assistant Federal Defender
                                           Attorneys GARY TRUONG
9

10
                                           /s/ M.Petrik for Douglas Horngrad
11 Dated: September 14, 2011               _____
                                           DOUGLAS HORNGRAD
12                                         Attorney for VI TRUONG

13 Dated: September 14, 2011               BENJAMIN B. WAGNER
                                           United States Attorney
14
                                           /s/ M.Petrik for Jason Hitt
15
                                           _____
                                           JASON HITT
16                                         Assistant U.S. Attorney

17                             **ORDER**

18     **IT IS SO ORDERED.**  The Court orders time excluded from the date of

19 this order through the status conference on October 21, 2011, pursuant

20 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court

21 finds that the ends of justice served by granting defendants' request

22 for a continuance outweigh the best interest of the public and the

23 defendants' in a speedy trial.

24 Dated:  September 14, 2011

25

26                             _____
                               GARLAND E. BURRELL, JR.
27                             United States District Judge

28                                    2