**DOUGLAS I. HORNGRAD**
**Attorney at Law**
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**VI TRUONG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR SUBSTITUTION OF PROPERTY SECURING BOND** |
| VI TRUONG, | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for plaintiff, and the below signed counsel for defendant Vi Truong that the real property securing the bond for Mr. Vi Truong be transferred to:

   1228-1234 12th Ave, Oakland, CA

Rebecca Cooc, Mr. Truong's niece, is the sole owner of the property. This transfer is respectfully requested to this property which has more than $350,000 in equity to secure the bond. The bond for Mr. Truong was set at $500,000, secured by at least $350,000. Counsel for Mr. Truong has spoken with Mr. Hitt, who stated that he does not object to this request and is agreeable to allowing Mr. Truong to secure his bond with the above mentioned property.

Counsel has forwarded an appraisal and a title report to Mr. Hitt for his review. He has reviewed the documents and is agreeable to having the bond secured with the property

1  owned by Ms. Cooc.  Mr. Hitt gave his verbal authorization for this filing.

3  SO STIPULATED

4  DATED: October 25, 2011                   /s/ Douglas Horngrad
                                              DOUGLAS I. HORNGRAD
5                                             Counsel for Defendant Vi Truong

7  DATED: October 25, 2011                   /s/ Jason Hitt
                                              JASON HITT
8                                             Assistant U.S. Attorney
                                              Counsel for Plaintiff

10  **IT IS SO ORDERED.**

11  Dated: October 26, 2011.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE