BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-0421 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME |
| v. ) | |
| VI TRUONG, et al., ) | |
| Defendants. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Vi TRUONG, by and through his counsel, Douglas Horngrad, Esq., stipulate and agree that the briefing schedule for defendant's motion to suppress evidence should be reset according to the following schedule:

    <u>Government's Opp.</u>:    January 13, 2012

    <u>Defendant's Reply</u>:    February 10, 2012

    <u>Hearing on Motion</u>:    March 2, 2012, at 9:00 a.m.

The parties further stipulate and agree that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this

1  continuance outweigh the best interests of the public and defendant
2  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).
3
4                                         Respectfully Submitted,
5                                         BENJAMIN B. WAGNER
                                          United States Attorney
6
7  DATED:  December 12, 2011         By: /s/Jason Hitt
                                         JASON HITT
8                                        Assistant U.S. Attorney
9
   DATED:  December 12, 2011         By: /s/Jason Hitt
10                                       Authorized to sign for Mr.
                                         Horngrad on 12-02-11
11                                       DOUGLAS HORNGRAD, Esq.
                                         Attorney for Vi TRUONG
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress and hearing date as follows:

> <u>Government's Opp.</u>:     January 13, 2012
> <u>Defendant's Reply</u>:     February 10, 2012
> <u>Hearing on Motion</u>:     March 2, 2012, at 9:00 a.m.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through March 2, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

**IT IS SO ORDERED.**

Dated:   December 12, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge