DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
VI TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING PARTIES' APPEARANCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| VI TRUONG, | |
| Defendant. | |

IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United States of America, through their respective counsel, that the Court vacate the currently scheduled date of March 2, 2012, at 9:00 a.m., and reset it for April 13, 2012, at 9:00 a.m. Counsel for Mr. Truong has a personal familial matter, and therefore respectfully requests that the March 2, 2012 date be reset.

THE PARTIES STIPULATE that time should be excluded from March 2, 2012, through April 13, 2012, when the Court computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B)

//

1  (Local Code T4).

**IT IS SO STIPULATED**

Dated: February 29, 2012          /s/ Douglas Horngrad
                                  DOUGLAS HORNGRAD
                                  Attorney for Defendant
                                  VI TRUONG


Dated: February 29, 2012          /s/ with consent
                                  JASON HITT
                                  Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from March 2, 2012, through April 13, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  February 28, 2012

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge