1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No. 2:09-cr-00421 GEB

12 |         Plaintiff,                   **STIPULATION AND [PROPOSED]
                                          ORDER RESCHEDULING PARTIES'**
13 |    v.                                **APPEARANCE AND EXCLUDING
                                          TIME UNDER SPEEDY TRIAL ACT**
14 | VI TRUONG,

15 |         Defendant.
   _____/
16

17       IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United

18 States of America, through their respective counsel, that the Court vacate the currently

19 scheduled date of April 13, 2012, at 9:00 a.m., and reset it for July 13, 2012, at 9:00 a.m.

20 Counsel for Mr. Truong has a personal familial matter, and therefore respectfully requests

21 that the April 13, 2012 date be reset.

22       THE PARTIES STIPULATE that time should be excluded from April 13, 2012,

23 through July 13, 2012, when the Court computes the time within which the trial of the above

24 criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties

25 stipulate that the ends of justice served by granting defendant's request for a continuance

26 outweigh the best interest of the public and the defendant in a speedy trial, and that this is an

27 appropriate exclusion of time within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B)

28 //

1  (Local Code T4).

**IT IS SO STIPULATED**

Dated: April 12, 2012         /s/ Douglas Horngrad
                              DOUGLAS HORNGRAD
                              Attorney for Defendant
                              VI TRUONG

Dated: April 12, 2012         /s/ with consent
                              JASON HITT
                              Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from April 13, 2012, through July 13, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  April 12, 2012

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge