DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
VI TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING TRIAL CONFIRMATION HEARING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| VI TRUONG | |
| Defendant. | |
| _____/ | |

IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong, and plaintiff United States of America, through their respective counsel, that the Court vacate the trial confirmation hearing date scheduled for October 19, 2012, at 9:00 a.m., and reset it for November 2, 2012, at 9:00 a.m. Counsel received an offer from Assistant United States Attorney Jason Hitt at the end of last week. The offer expires on November 5, 2012. Counsel for Mr. Truong needs additional time to review the offer with Mr. Truong. Therefore, we respectfully request that the trial confirmation hearing be reset for November 2, 2012, at 9:00 a.m. which is three days prior to the expiration of the government's offer.

THE PARTIES STIPULATE that time should be excluded from October 19, 2012, through November 2, 2012, when the Court computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a

continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED**

Dated: October 15, 2012          /s/ Douglas Horngrad
                                 DOUGLAS HORNGRAD
                                 Attorney for Defendant
                                 VI TRUONG

Dated: October 15, 2012          /s/ with consent
                                 JASON HITT
                                 Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from October 19, 2012, through November 2, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  October 16, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge