1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No. 2:09-cr-00421 GEB

12         Plaintiff,                     **STIPULATION AND [PROPOSED]
                                          ORDER RESCHEDULING
13     v.                                 APPEARANCE AND EXCLUDING
                                          TIME UNDER SPEEDY TRIAL ACT**
14 VI TRUONG,

15         Defendant.
   _____/
16

17     IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United

18 States of America, through their respective counsel, that the Court vacate the currently

19 scheduled November 2, 2012 Trial Confirmation Hearing and December 4, 2012 Jury Trial

20 dates and reset the matter for Change of Plea on November 16, 2012.  The grounds for this

21 request are that the parties are very close to reaching an agreement and need a brief period

22 of time to finalize the details.

23     THE PARTIES STIPULATE that time should be excluded from November 2, 2012,

24 through November 16, 2012, when the Court computes the time within which the trial of the

25 above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

26 parties stipulate that the ends of justice served by granting defendant's request for a

27 continuance outweigh the best interest of the public and the defendant in a speedy trial, and

28 that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section

3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED**

Dated: November 1, 2012                     /s/ Douglas Horngrad
                                            DOUGLAS HORNGRAD
                                            Attorney for Defendant
                                            VI TRUONG


Dated: November 1, 2012                     /s/ with consent
                                            JASON HITT
                                            Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**   The Court further orders that time is excluded from November 2, 2012, through November 16, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated:  November 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 2 -