1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           Case No. 2:09-cr-00421 GEB

12         Plaintiff,                  **STIPULATION AND [PROPOSED]
                                       ORDER RESCHEDULING PARTIES'**
13    v.                               **APPEARANCE**

14 VI TRUONG,

15         Defendant.
   _____/
16

17     IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United

18 States of America, through their respective counsel, on behalf of the United States Probation

19 Office, that the Court vacate the currently scheduled date of February 8, 2013, at 9:00 a.m.,

20 and reset it for March 8, 2013, at 9:00 a.m.  This request is made on the grounds that the

21 United States Probation Office requests additional time to gather further information

22 //

23 //

24 //

25 //

26 //

27 //

28 //

1  in Mr. Truong's case.

2  **IT IS SO STIPULATED**
3

4  Dated: January 7, 2013                /s/ Douglas Horngrad
                                          DOUGLAS HORNGRAD
5                                         Attorney for Defendant
                                          VI TRUONG
6

7
   Dated: January 7, 2013                /s/ with consent
8                                         JASON HITT
                                          Assistant United States Attorney
9

10
   Dated: January 7, 2013                /s/ with consent
11                                        LISA HAGE
                                          United States Probation Officer
12

13

14                                  **ORDER**

15

16  **IT IS SO ORDERED.**

17

18  Dated:  January 9, 2013

19

20  _____
21  GARLAND E. BURRELL, JR.
    Senior United States District
22  Judge

23

24

25

26

27

28

- 2 -