1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133-2926
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **VI TRUONG**

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                Case No. 2:09-cr-00421-GEB

12          Plaintiff,
                                             **[PROPOSED] ORDER TO**
13       v.                                  **EXONERATE PROPERTY BOND**

14  VI TRUONG,

15          Defendant.
    _____/
16

17

18       Upon application of defendant Vi Truong, and good cause appearing therefore,

19       **IT IS HEREBY ORDERED** that the property used to secure defendant Vi Truong's

20  bond with 8 deeds of trust, shall be released and exonerated.  The deeds of trust shall be

    returned to its owner.  The property bond in the amount of $500,000 is hereby exonerated.
21
    The property shall be reconveyed.
22

23  **Dated:  June 12, 2013**

24

25  _____
    **GARLAND E. BURRELL, JR.**
26  **Senior United States District**
    **Judge**
27

28